Dear Judge Bates,

  Let me first start off by saying I am truly sorry for my part in going into the capitol. I am thoroughly embarrassed for even being there at that event, and I wish that my wife & I had never gone. It is not something we are in anyway shape or form of being proud of or openly talking about. We had not planned in doing anything against the law or even anything remotely wrong at all for that matter, and what we took part in is not a reflection of who we are & what we are about. We are very loving parents that respect our nation's laws.
  Since this has happened I have been experiencing a great deal of dread worrying of the ramifications of what could come of it. Will we be incarcerated and/or be fined? Thinking of being separated & not being there for my daughters weighs heavy on my mind everyday. My oldest daughter lives with her Mom in Arizona & I have hardly been able to see her as is. I worry if her Mom to even find out about what happened she could potentially use it in a way that I couldn't even see my oldest daughter Zoë, if I were able. I am the sole provider for my wife & daughters here with us in Michigan. It is already a struggle to provide for them paying child support etc. as is even while living with my parents. I have been trying my best to stay positive, but it is a struggle. I beg for forgiveness & mercy for me & my wife.

Sincerely,

Jacob G. Hawkins
Sent from my iPhone